The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 12-cv-1349-RSL |
| v. | |
| ICICLE SEAFOODS, INC., EVENING STAR, INC., ICICLE ACQUISITION SUBSIDIARY, LLC, and LFK, INC., | **ORDER ENTERING CONSENT DECREE** |
| Defendants. | |

The United States of America, on behalf of the United States Environmental Protection Agency (EPA), has moved this Court to approve and enter the proposed Consent Decree between the United States and defendants Icicle Seafoods, Inc., et al.

This Court, having fully considered this matter, HEREBY ORDERS that the Consent Decree between the United States and defendants is hereby approved and ENTERED as an order of this Court.

Done this 26th day of September, 2012.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge