The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ICICLE SEAFOODS, INC., EVENING STAR, INC., ICICLE ACQUISITION SUBSIDIARY, LLC, and LFK, INC.,<br><br>  Defendants. | No. 12-cv-1349-RSL<br><br>**ORDER TERMINATING CONSENT DECREE** |

This matter having come before the Court on the parties' Stipulated Motion to Terminate the Consent Decree, and this Court having considered the stipulated submission of the parties on this matter,

IT IS HEREBY ORDERED THAT:

The Consent Decree entered by this Court in this action on September 26, 2012, is hereby terminated.

DONE THIS 17th DAY OF OCTOBER, 2017

               */s/ Robert S. Lasnik*
               Robert S. Lasnik
               United States District Judge

STIPULATED AND AGREED TO BY:

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C.


 s/ *Sean Carman*
SEAN CARMAN
Senior Counsel
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044
(202) 514-2746
sean.carman@usdoj.gov

BRIAN C. KIPNIS
Assistant United States Attorney
Western District of Washington
800 Fifth Avenue, Suite 3600
Seattle, Washington  98104-3190

OF COUNSEL

SHIRIN GALLAGHER
Assistant Regional Counsel
United States Environmental Protection Agency
1200 Sixth Avenue
Seattle, Washington 98101

| | |
|---|---|
| 1 | MILLER NASH GRAHAM & DUNN LLP |
| 2 | |
| 3 | |
| 4 | |
| 5 | _s/ Elaine L. Spencer_ |
| | Elaine L. Spencer |
| 6 | WSB No. 6963 |
| | Elaine.spencer@millernash.com |
| 7 | (206) 624-8300 |
| 8 | |
| | Attorneys for Defendants |
| 9 | Icicle Seafoods, Inc., on its own behalf and as successor in interest to LFK, Inc., Evening Star, Inc., and Cooke Aquaculture Pacific, LLC, as successor in interest to Icicle Acquisition Subsidiary, LLC |